

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| SONIA BUTISTA, | § | No. 08-15-00326-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D03636) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's Reply Brief first motion for extension of time within which to file the brief until **March 3, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before March 3, 2017.

IT IS SO ORDERED this 2nd day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.